# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147152 & (74)

ROBERT DAVIS,
      Plaintiff-Appellee,

v

          SC: 147152
          COA: 308919
          Wayne CC: 11-015623-CZ

WAYNE COUNTY AIRPORT AUTHORITY,
WAYNE COUNTY AIRPORT AUTHORITY
BOARD,
      Defendants-Appellants,
and

TURKIA AWADA MULLIN,
      Defendant-Appellee,
and

TRUSTINUS, L.L.C. and JOHN A. KRASULA,
      Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 18, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

s0722

July 30, 2013



Clerk